IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CASE NO. DNCW3:15CR234 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| XIWEN HUANG. | ) | |

**CERTIFICATION OF MAILING OF DOCUMENTS**

The United States of America, the judgment creditor herein, hereby certifies that copies of the documents listed below were sent by first-class certified mail on April 6, 2021, to the defendant, Xiwen Huang, by and through his attorney, Noell P. Tin, at the attorney's last known address as follows: Tin Fulton Walker & Owen, PLLC, 301 East Park Avenue, Charlotte, NC 28203:

1. Redacted Application for Writ of Execution
2. Application for Writ of Execution
3. Writ of Execution
4. Redacted Writ of Execution
5. Clerk's Notice of Post-Judgment Execution and Instructions to Defendant

Further, the United States of America, the judgment creditor herein, hereby certifies that documents listed below were sent by first-class certified mail on April 6, 2021 to TD Ameritrade at the last known address as follows: P.O. Box 2009, Omaha, NE 68103:

1. Redacted Application for Writ of Execution
2. Application for Writ of Execution
3. Writ of Execution
4. Redacted Writ of Execution

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

**s/Julia K. Wood**
Assistant United States Attorney
N.C. Bar No. 51754
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0255
Email: Julia.Wood@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 6, 2021, a copy of the foregoing Certification of Mailing of Documents was mailed to all parties via electronic and/or first-class certified mail at the last known addresses as shown below:

Xiwen Huang
c/o Noell P. Tin
Tin Fulton Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203

TD Ameritrade
Attn: Legal Department
P.O. Box 2009
Omaha, NE 68103

Mary Johnmeyer
TD Ameritrade
700 Maryville Centre Drive
St. Louis, MO 63141

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

**s/Julia K. Wood**
Assistant United States Attorney
N.C. Bar No. 51754
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0255
Email: Julia.Wood@usdoj.gov